# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                                    ) | Criminal No.: 10-CR-30002-MAP |
| ) | |
| **SCOTT REUBEN,**              ) | |
| ) | |
| **Defendant.**                ) | |

## GOVERNMENT'S LOCAL RULE 112.4(B)
## ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the companies listed below as organizational victims, parent companies of victims, or publicly held corporations that own 10% or more of victim companies, of the crime alleged in the above-captioned Information:

Pfizer, Inc.

Wyeth, which is now part of Pfizer, Inc.

Merck & Co., Inc.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:    /s/Jeremy M. Sternberg
        Jeremy M. Sternberg
        Assistant U.S. Attorney

Date: January 27, 2010

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/Jeremy M. Sternberg
        Jeremy M. Sternberg
        Assistant United States Attorney

Date: January 27, 2010